## eTreppid Technologies, LLC

## AMENDED AND RESTATED OPERATING AGREEMENT
## POST-EFFECTIVE EXECUTION PAGE

By his, her or its signature below, the undersigned hereby consents to and agrees to be bound by the terms and provisions of that certain Amended and Restated Operating Agreement dated effective as of November 1, 2001 between eTreppid Technologies, LLC, a Nevada limited liability company (the "Company"), and its Members (as amended from time to time, the "Operating Agreement"), a current copy of which has been received by the undersigned from the Company.

The undersigned hereby acknowledges that the undersigned has received and reviewed the Operating Agreement. The undersigned hereby further acknowledges and agrees that the undersigned shall have all of the rights, preferences and obligations under the Operating Agreement as a "Class A Member," "Class B Member," or "Class C Member" or, generally as a "Member," as defined and used therein. The undersigned's execution of this Amended and Restated Operating Agreement Post-Effective Execution Page constitutes the undersigned's execution and acceptance of the Operating Agreement, and this Amended and Restated Operating Agreement Post-Effective Execution Page shall constitute an executed counterpart to the Operating Agreement, including any future amendments, restatements or modifications thereof which may be duly approved and adopted in accordance therewith.

IN WITNESS WHEREOF, this Amended and Restated Operating Agreement Post-Effective Execution Page has been executed by the undersigned as of _12th December_, 2001.

**SIGNATURE BLOCK FOR INDIVIDUAL MEMBER:**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR JOINT MEMBER (IF ANY):**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR ENTITY MEMBER:**

_Rose Nominees A/C 23361_
Name of Entity or Trust

By: _[signature]_
Signature

_Marie-Louise Webb_     _Joan Richardson_
Name of Authorized Representative

_Authorised Signatory_     _Authorised Signatory_
Title or Authorized Capacity

## eTreppid Technologies, LLC

## AMENDED AND RESTATED OPERATING AGREEMENT
## POST-EFFECTIVE EXECUTION PAGE

By his, her or its signature below, the undersigned hereby consents to and agrees to be bound by the terms and provisions of that certain Amended and Restated Operating Agreement dated effective as of November 1, 2001 between eTreppid Technologies, LLC, a Nevada limited liability company (the "Company"), and its Members (as amended from time to time, the "Operating Agreement"), a current copy of which has been received by the undersigned from the Company.

The undersigned hereby acknowledges that the undersigned has received and reviewed the Operating Agreement. The undersigned hereby further acknowledges and agrees that the undersigned shall have all of the rights, preferences and obligations under the Operating Agreement as a "Class A Member," "Class B Member," or "Class C Member" or, generally as a "Member," as defined and used therein. The undersigned's execution of this Amended and Restated Operating Agreement Post-Effective Execution Page constitutes the undersigned's execution and acceptance of the Operating Agreement, and this Amended and Restated Operating Agreement Post-Effective Execution Page shall constitute an executed counterpart to the Operating Agreement, including any future amendments, restatements or modifications thereof which may be duly approved and adopted in accordance therewith.

IN WITNESS WHEREOF, this Amended and Restated Operating Agreement Post-Effective Execution Page has been executed by the undersigned as of ___December 1___, 2001.

**SIGNATURE BLOCK FOR INDIVIDUAL MEMBER:**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR JOINT MEMBER (IF ANY):**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR ENTITY MEMBER:**

FIRST DELPHIRIUM CAPITAL, LLC
Name of Entity or Trust

By: _____
Signature

DOUGLAS J. FRYE
Name of Authorized Representative

MANAGER
Title or Authorized Capacity

## eTreppid Technologies, LLC

## AMENDED AND RESTATED OPERATING AGREEMENT
## POST-EFFECTIVE EXECUTION PAGE

By his, her or its signature below, the undersigned hereby consents to and agrees to be bound by the terms and provisions of that certain Amended and Restated Operating Agreement dated effective as of November 1, 2001 between eTreppid Technologies, LLC, a Nevada limited liability company (the "Company"), and its Members (as amended from time to time, the "Operating Agreement"), a current copy of which has been received by the undersigned from the Company.

The undersigned hereby acknowledges that the undersigned has received and reviewed the Operating Agreement. The undersigned hereby further acknowledges and agrees that the undersigned shall have all of the rights, preferences and obligations under the Operating Agreement as a "Class A Member," "Class B Member," or "Class C Member" or, generally as a "Member," as defined and used therein. The undersigned's execution of this Amended and Restated Operating Agreement Post-Effective Execution Page constitutes the undersigned's execution and acceptance of the Operating Agreement, and this Amended and Restated Operating Agreement Post-Effective Execution Page shall constitute an executed counterpart to the Operating Agreement, including any future amendments, restatements or modifications thereof which may be duly approved and adopted in accordance therewith.

IN WITNESS WHEREOF, this Amended and Restated Operating Agreement Post-Effective Execution Page has been executed by the undersigned as of 5 December, 2001.

**SIGNATURE BLOCK FOR INDIVIDUAL MEMBER:**

J. M. Davia, an individual
_____
Name (Print or Type)

_/s/_____
Signature

**SIGNATURE BLOCK FOR JOINT MEMBER (IF ANY):**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR ENTITY MEMBER:**

_____
Name of Entity or Trust

By:_____
    Signature

_____
Name of Authorized Representative

_____
Title or Authorized Capacity

## eTreppid Technologies, LLC

## AMENDED AND RESTATED OPERATING AGREEMENT
## POST-EFFECTIVE EXECUTION PAGE

By his, her or its signature below, the undersigned hereby consents to and agrees to be bound by the terms and provisions of that certain Amended and Restated Operating Agreement dated effective as of November 1, 2001 between eTreppid Technologies, LLC, a Nevada limited liability company (the "Company"), and its Members (as amended from time to time, the "Operating Agreement"), a current copy of which has been received by the undersigned from the Company.

The undersigned hereby acknowledges that the undersigned has received and reviewed the Operating Agreement. The undersigned hereby further acknowledges and agrees that the undersigned shall have all of the rights, preferences and obligations under the Operating Agreement as a "Class A Member," "Class B Member," or "Class C Member" or, generally as a "Member," as defined and used therein. The undersigned's execution of this Amended and Restated Operating Agreement Post-Effective Execution Page constitutes the undersigned's execution and acceptance of the Operating Agreement, and this Amended and Restated Operating Agreement Post-Effective Execution Page shall constitute an executed counterpart to the Operating Agreement, including any future amendments, restatements or modifications thereof which may be duly approved and adopted in accordance therewith.

IN WITNESS WHEREOF, this Amended and Restated Operating Agreement Post-Effective Execution Page has been executed by the undersigned as of ___December 1___, 2001.

**SIGNATURE BLOCK FOR INDIVIDUAL MEMBER:**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR JOINT MEMBER (IF ANY):**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR ENTITY MEMBER:**
THE SAMINGO TRUST
(FBO HARRISON PRATHER FRYE)
Name of Entity or Trust

By: _____
Signature

DOUGLAS J. FRYE
Name of Authorized Representative

TRUSTEE
Title or Authorized Capacity

## CLASS B MEMBER SIGNATURE PAGE
## eTreppid Technologies, LLC

THE UNDERSIGNED hereby certifies and states that: (i) he or she is an original subscribing or transferee Class B Member of eTreppid Technologies, LLC, a Nevada limited liability company (the "Company"); (ii) he or she has read the Amended and Restated Operating Agreement of the Company dated and adopted as of January 1, 1999, as amended by First Amendment on July 7, 2000 (the "eTreppid Operating Agreement"), specifically including Article 9, "Restrictions on Transfer of Membership Interests; Admission and Substitution of New Members," and Sections 16.11 and 16.12, "Arbitration of Disputes," and "Waiver of Jury Trial," respectively, thereof; (iii) upon the prior approval by a Majority in Interest of the Members entitled to Vote concerning the Transfer of any Units of the Company or admission of any new Member to the Company pursuant to Article 9 of the eTreppid Operating Agreement (if so required), and upon executing and delivering this counterpart signature page to the Management Committee of the Company, he or she will become a new or substituted Class B Member, as the case may be, of the Company; and (iv) the execution of this Class B Member Signature Page shall constitute the undersigned's execution and delivery of the eTreppid Operating Agreement as a party thereto and shall constitute his or her acceptance and agreement to be bound by the terms and conditions thereof.

IN WITNESS WHEREOF, the undersigned, individually or by an authorized representative, has executed and delivered this CLASS B MEMBER SIGNATURE PAGE as of the day and year set forth below, which document shall be attached to and become a part of the eTreppid Operating Agreement.

DATED AND EXECUTED ON:

__JULY 27, 2000__

NUMBER AND CLASS OF UNITS AND PERCENTAGE INTEREST PURCHASED OR TRANSFERRED:

____111.11____ Class B Units

____N/A____ % Percentage Interest

AMOUNT OF ORIGINAL CAPITAL CONTRIBUTION OR PRO RATA AMOUNT OF ASSIGNED CAPITAL CONTRIBUTION:

$____9,999.90____

SIGNATURE BLOCK FOR INDIVIDUAL MEMBER:

_____
Name (Print or Type)

_____
Signature

SIGNATURE BLOCK FOR JOINT MEMBER (IF ANY):

_____
Name (Print or Type)

_____
Signature

SIGNATURE BLOCK FOR ENTITY MEMBER:

ESR YEAR 2000 TRUST
Name of Entity or Trust

By: _____
       Signature
Harvey A. Bookstein
Name of Authorized Representative
Trustee
Title or Authorized Capacity

## eTreppid Technologies, LLC

## AMENDED AND RESTATED OPERATING AGREEMENT
## POST-EFFECTIVE EXECUTION PAGE

By his, her or its signature below, the undersigned hereby consents to and agrees to be bound by the terms and provisions of that certain Amended and Restated Operating Agreement dated effective as of November 1, 2001 between eTreppid Technologies, LLC, a Nevada limited liability company (the "Company"), and its Members (as amended from time to time, the "Operating Agreement"), a current copy of which has been received by the undersigned from the Company.

The undersigned hereby acknowledges that the undersigned has received and reviewed the Operating Agreement. The undersigned hereby further acknowledges and agrees that the undersigned shall have all of the rights, preferences and obligations under the Operating Agreement as a "Class A Member," "Class B Member," or "Class C Member" or, generally as a "Member," as defined and used therein. The undersigned's execution of this Amended and Restated Operating Agreement Post-Effective Execution Page constitutes the undersigned's execution and acceptance of the Operating Agreement, and this Amended and Restated Operating Agreement Post-Effective Execution Page shall constitute an executed counterpart to the Operating Agreement, including any future amendments, restatements or modifications thereof which may be duly approved and adopted in accordance therewith.

IN WITNESS WHEREOF, this Amended and Restated Operating Agreement Post-Effective Execution Page has been executed by the undersigned as of _____, 2001.

**SIGNATURE BLOCK FOR INDIVIDUAL MEMBER:**

KENNY ROGERS
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR JOINT MEMBER (IF ANY):**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR ENTITY MEMBER:**

_____
Name of Entity or Trust

By:_____
Signature

_____
Name of Authorized Representative

_____
Title or Authorized Capacity

## CLASS C MEMBER SIGNATURE PAGE
_____ eTreppid Technologies, LLC _____

THE UNDERSIGNED hereby certifies and states that: (i) he or she is an original subscribing or transferee Class C Member of eTreppid Technologies, LLC, a Nevada limited liability company (the "Company"); (ii) he or she has read the Amended and Restated Operating Agreement of the Company dated and adopted as of November 1, 2001 (the "Operating Agreement"), specifically including Article 9, "Restrictions on Transfer of Membership Interests; Admission and Substitution of New Members," and Sections 16.11 and 16.12, "Arbitration of Disputes," and "Waiver of Jury Trial," respectively, thereof; (iii) upon the prior approval by a Majority in Interest of the Members entitled to Vote concerning the Transfer of any Units of the Company or admission of any new Member to the Company pursuant to Article 9 of the Operating Agreement (if so required), and upon executing and delivering this counterpart signature page to the Company, he or she will become a new or substitute Class C Member, as the case may be, of the Company; and (iv) the execution of this Class C Member Signature Page shall constitute the undersigned's execution and delivery of the Operating Agreement as a party thereto and shall constitute his or her acceptance and agreement to be bound by the terms and conditions thereof, including any future amendments, restatements or modifications thereof which may be duly approved and adopted.

IN WITNESS WHEREOF, the undersigned, individually or by an authorized representative, has executed and delivered this CLASS C MEMBER SIGNATURE PAGE as of the day and year set forth below, which document shall be attached to and become a part of the Operating Agreement of eTreppid Technologies, LLC.

DATED AND EXECUTED ON:

**NOV 6 2001**

SIGNATURE BLOCK FOR INDIVIDUAL MEMBER:

_____
Name (Print or Type)

_____
Signature

SIGNATURE BLOCK FOR JOINT MEMBER (IF ANY):

_____
Name (Print or Type)

_____
Signature

SIGNATURE BLOCK FOR ENTITY MEMBER:

_Glenbrook Partners, a Nevada partnership_
_By: Prim Ventures, Inc., Its General Partner_
Name of Entity or Trust
By: _[signature]_
Signature
_Wayne Prim_
Name of Authorized Representative
Chairman
Title or Authorized Capacity

## CLASS C MEMBER SIGNATURE PAGE
eTreppid Technologies, LLC

THE UNDERSIGNED hereby certifies and states that: (i) he or she is an original subscribing or transferee Class C Member of eTreppid Technologies, LLC, a Nevada limited liability company (the "Company"); (ii) he or she has read the Amended and Restated Operating Agreement of the Company dated and adopted as of November 1, 2001 (the "Operating Agreement"), specifically including Article 9, "Restrictions on Transfer of Membership Interests; Admission and Substitution of New Members," and Sections 16.11 and 16.12, "Arbitration of Disputes," and "Waiver of Jury Trial," respectively, thereof; (iii) upon the prior approval by a Majority in Interest of the Members entitled to Vote concerning the Transfer of any Units of the Company or admission of any new Member to the Company pursuant to Article 9 of the Operating Agreement (if so required), and upon executing and delivering this counterpart signature page to the Company, he or she will become a new or substitute Class C Member, as the case may be, of the Company; and (iv) the execution of this Class C Member Signature Page shall constitute the undersigned's execution and delivery of the Operating Agreement as a party thereto and shall constitute his or her acceptance and agreement to be bound by the terms and conditions thereof, including any future amendments, restatements or modifications thereof which may be duly approved and adopted.

IN WITNESS WHEREOF, the undersigned, individually or by an authorized representative, has executed and delivered this CLASS C MEMBER SIGNATURE PAGE as of the day and year set forth below, which document shall be attached to and become a part of the Operating Agreement of eTreppid Technologies, LLC.

**DATED AND EXECUTED ON:**

10/16/02

**SIGNATURE BLOCK FOR INDIVIDUAL MEMBER:**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR JOINT MEMBER (IF ANY):**

_____
Name (Print or Type)

_____
Signature

**SIGNATURE BLOCK FOR ENTITY MEMBER:**

HOLLOWAY TAHOE, LLC
Name of Entity or Trust

By: _____
Signature

WILLIAM RANDALL HOLLOWAY
Name of Authorized Representative

MANAGING MEMBER
Title or Authorized Capacity

CODE 1312

FILED
2006 JAN 23 PM 1:53
RONALD A. LONGTIN, JR.
BY _____
DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

ETREPRID TECHNOLOGIES, L.L.C.., a
California Corporation,

                         Plaintiff,

vs.

DENNIS MONTGOMERY, an individual;
and DOES 1 through 20,

                         Defendants.
_____/

Case No. CV06-00114

Dept. No. B10

## CASE ASSIGNMENT NOTIFICATION

I hereby certify the above-entitled matter has been randomly reassigned to Department No. B9, from Department No. B10, and is this forwarded to the Department, for consideration of acceptance.

Additional information:

On the day of 20th, January, 2006, a Peremptory Challenge of Judge was filed.

Dated this 23rd day of January, 2006.

                                                 RONALD A. LONGTIN, JR.
                                                 Clerk of the Court

By _____
                                                    Deputy Clerk

| Field | Value | Field | Value |
|---|---|---|---|
| Court Type: | DC - District Court | Claim/Value: | |
| Location: | DC - District Court | Filing: | 23-JAN-2006  13:50:13 |
| Case Type: | RG - RANDOM ASSIGNMENT - GENERAL | Security: 2   Weight: 1   ☐ Jury | |
| Case ID: | RAN06-00022   CV06-00114 | Agency: | ☐ Tracking |

**Party** | Demographic | Short Docket | Ltd Event | Charge | Arst/Det | Traffic Detail

- Party Type: JUDG - Judge
- ID: D9   ● Person  ○ Organization
- Last Name: PERRY
- First Name: ROBERT   Middle Name: H.   Prefix: HONORABL   Suffix:
- Address Type: MA - Mailing
- Address: Confidential
- Phone:
- City:
- State/Prov:   ZIP/PC:
- County:
- ☑ Confidential Address

# CERTIFICATE OF SERVICE

Case No. CV06-00114

Pursuant to NRCP 5 (b), I certify that I am an employee of the Second Judicial District Court, and that on the 23rd day of January, 2006, I deposited in the Washoe County mailing system for postage and mailing with the U.S. Postal Service in Reno, Nevada, a true copy of the attached document, addresses to:

Ronald J. Logar, Esq.
Eric A. Pulvar, Esq.
Jennifer Christie, Esq.
LAW OFFICES OF LOGAR & PULVAR, PC
225 S. Arlington Avenue, Suite A
Reno, NV 89501

Jerry M. Snyder, Esq.
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane
Second Floor
Reno, NV 89511

And hand delivered to the following:

Judge Robert H. Perry

Dated this 23rd day of January, 2006.

*/s/ Mario A. Lopez*
Mario A. Lopez